CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 APR 29 AM 9: 15

DEPUTY CLERK

To the U.S. District Court, N.D. Tex.

My name is Robert Smiley, I'm an inmate here in Lubbock County Detention Center (LCDC), Lubbock, TX.

The crux of this letter is that I'm bringing to this Honorable Court, attention is that the LCDC officers violated my constitutional right access to courts by denied me access to the facility law library to adequately research and prepare a 42 U.S.C. 1983, to the U.S. District Court- N.D. Tex., and a writ of habeas corpus to the Texas Court of Criminal Appeals.

Also the LCDC officers will not supply me with a 42 U.S.C. 1983 form or habeas corpus 11.07 form. Nor will the LCDC officers supply me with a ink pen, typewriter, case law, etc...

The reasons LCDC officers denied me access to the facility law library is that I'm not a per se inmate granted by the Lubbock Court

1.

grant permission by Lubbock District Court to file a pro se 42.U.S.C. 1983 and a pro se habeas corpus.

Respectfully Submitted

Oath Before A Notary Public.
I, Robert Lewis Smiley, declare under penalty of perjury that the contents of this letter are true and correct.

Robert Smiley
Signature of Declarant

Subscribed And To Before Me This 24 Day of APRIL 2022

01-5477
Signature of Notary Public

RANDY JENKINS
Notary Public, State of Texas
Notary ID# 13038811-4
My Commission Expires 09-30-2023

Please send all respond mail to:

Robert Smiley #2121911
Lubbock County Detention Center
P.O. Box 10535
Lubbock, TX. 79408

Thank You.

# Grievance - 2140   (SJM Ref #11,199,935)

| | | | |
|---|---|---|---|
| From: | ROBERT SMILEY (212191) | Date Submitted: | 03/14/2022 12:23 PM |
| Housing Area: | 1D | Date Received: | 03/17/2022 11:33 AM |
| Assigned To: | Administration | Status: | **Reassigned** |

Request

# Lubbock County Sheriff's Office - Detention Division

Inmate Grievance Form

NOTE: Any form not properly filled out completely WILL NOT BE PROCESSED

A GRIEVANCE IS:
1) A VIOLATION OF CIVIL RIGHTS
2) A CRIMINAL ACT
3) UNJUST DENIAL OF INMATE RIGHTS OR PRIVILEGES
4) PROHIBITED ACT BY FACILITY OR STAFF

Only fill this form out if one of these acts have occurred. If you feel this is a grievance, complete and submit grievance form and it will be delivered to the grievance officer.

**Statement:**
I'm being unjust denial my constitution protected right of access to court by being denied access to Lubbock County Jail Law Library to type out my writ of hebeas corpus for my conviction that I gotten in Ector Court Jail on or about 02/09/22. In which I will be making a claim of no evidence in my writ of hebeas corpus. I have the right set by the Court of Criminal Appeal to make such a claim. (see. Ex parte Perales. 215 S.W.3d 418-420 (Tex. Crim. App. 2007)) Therefore since I'm being denied to go to the law library and prepare my petition for the court is a violation of Bounds v. Smith. However if someone can assist me in getting my petition type out for the is not a violation of Bounds v. Smith. Bounds v. Smith, 430 U.S. 817, 97 S.Ct. 1491, 52 L.Ed.2d 72 (1977)[ we held that the fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with "adequate law libraries" or adequate assistance from person trained in the law.]. See also Lewis v. Casey, U.S. 343,116 S.Ct. 2174, 135 L.Ed.2d 606 (1995). In sum all I want is to type out my petition or have someone to assist in typing out my petition. Thank you.

**Signature**
Robert Lewis Smiley

This statement is true and correct to the best of my knowledge and belief.

### Note by **ROBERT SMILEY (212191)** on **03/14/2022** at **12:31 PM**

See Sneed v. Ibarra, No. EP-17-CV. O0072-PRM-ATM (W.D. Tex. 2017)[ Inmate right of access to court.]. The tablets is not an adequate law library we can only can do legal research not prepare legal forms such as hebeas corpus.

### Response by **Sergeant. J. ponce** on **03/16/2022** at **12:24 PM**

Here at Lubbock county all inmates have access to the Law Library via the tablet. Once the court approves you to be pro-se you will have the ability to make copies, request legal documents, etc. You currently have an attorney and therefore have access to the courts through them. At this time you can ask your attorney and he/she can file or assist you in the filing of meaningful legal papers. Your attorney's information is

Jim Moore
806-747-7373

Grievance unfounded

### Appeal by the **Inmate** on **03/16/2022** at **9:16 PM**

I do not have access to court because I do not have a lawyer for my conviction out of Ector County my conviction out of Ector County on 02/09/22 is what I bringing a claim of no evidence on a habea corpus. My lawyer Jim Moore is only representing on my case here in Lubbock not my case in Ector County and I have no lawyer out of Ector County that is represented me.

So once again I'm respectfully requesting access to the law library so I can prepare a writ hebeas corpus for my Ector County conviction. Once again my Lubbock lawyer is not going prepare my habeas corpus because he is not getting paid to and only representing me on my Lubbock case. Thank you.

### Note by **ROBERT SMILEY (212191)** on **04/04/2022** at **12:43 PM**

Can someone answer this grievance please.

### Appeal response by **Lieutenant. M. Diebel** on **04/05/2022** at **2:47 PM**

Mr. Smiley, you have access to the Law Library through the tablet. Any forms you will need to have printed, you may send a detailed request to have these forms printed. You are not being denied access to the Law Library. You may also write to your attorney that represented you in Ector County if you wish.

Since you have access to the Law Library this appeal and grievance is unfounded.

# General Complaint/Request Form - #11,498,538

| | | | |
|---|---|---|---|
| From: | ROBERT SMILEY (212191) | Date Submitted: | 04/17/2022 1:28 PM |
| Housing Area: | 1D | Date Received: | 04/19/2022 2:35 PM |
| Assigned To: | Montemayor A. (Ms.) | Status: | **CLOSED** |

### Request

Ms. A. Montemayor please send me the following cases and forms. Thank you. 42. U.S.C. 1983; habeas corpus 1107, and 2254, Cowart v. Ervin 837 F.3d 444 (5th Cir. 2016); Gracia v. Glenn, 2:17-CV-164-Z (N.D. Tex. 2020); Ex parte 418 S.W.2d 824 (Tex. Crim. App. 1967)

### Response by **Ms. A. Montemayor** on **04/19/2022** at **2:35 PM**

MR SMILEY, DO YOU HAVE A PRO-SE CASE NUMBER?

Lubbock County Detention Center
Inmate Name Robert Brown
SO # 212177
PO Box 9133
Seminole, FL 33775-9133

First Class Mail
ComBasPrice

RETURN SERVICE REQUESTED

US POSTAGE — PITNEY BOWES
ZIP 79401 $ 000.58
02 4W
0000359599 APR 27 2022

U.S. District Court
Office of the Clerk
North District of Texas
1205 Texas Ave. Room 209
Lubbock, TX. 79401

RECEIVED
APR 29

INDIGENT