IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ROBERT LEWIS SMILEY,<br>Institutional ID No. 212191,<br><br>    Plaintiff,<br><br>v.<br><br>LUBBOCK COUNTY DETENTION<br>CENTER, *et al.*,<br><br>    Defendants. | §§§§§§§§§§§§ | CIVIL ACTION NO. 5:22-CV-079-BQ |

## JUDGMENT

Of equal date herewith an Order of Dismissal having been entered, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Amended Complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: September 29, 2022.

_____
D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE